**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHARLES A. WINSTON,
ADC #84733                                                                                                          PLAINTIFF

v.                                             2:12CV00235-SWW-JTK

CHARLES STEWART, et al.                                                                                  DEFENDANTS

**ORDER**

Defendants have responded to this Court's March 18, 2013 Order (Doc. No. 26) by providing the last-known address of Defendant Ester, under seal (Doc. No. 29). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Ester, and the United States Marshal shall serve a copy of the summons and Complaint (Doc. No. 2) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 9th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1