**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHARLES A. WINSTON,
ADC #84733                                                                                          PLAINTIFF

v.                                            2:12CV00235-SWW-JTK

CHARLES STEWART, et al.                                                                 DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful of the proposed findings and recommendations, Plaintiff's objections, and pertinent portions of the record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 56) is GRANTED, and that Plaintiff's claims against them are DISMISSED with prejudice. All pending motions are dismissed as moot.[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of May, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] On April 1, 2014, Plaintiff filed a motion requesting up to and including April 29, 2014 in which to filed objections (ECF No. 72). The requested deadline has expired, and Plaintiff has not filed objections.