# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHARLES A. WINSTON,
ADC #84733                                                                                          PLAINTIFF

v.                                  2:12CV00235-SWW-JTK

CHARLES STEWART, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of May, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE